■ In the Matter of LAWRENCE SPAIGHT, Appellant, v ROBERT DENNISON, as Acting Chairman of New York State Division of Parole, Respondent. [793 NYS2d 817]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered March 12, 2004 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (see Matter of Ansari v Travis, 9 AD3d 901 [2004], lv denied 3 NY3d 610 [2004]). Present—Hurlbutt, J.P., Scudder, Gorski, Pine and Lawton, JJ.